THE STATE OF IOWA, Appellee, v. WM. STOMMEL, Appellant.

Appeal: RECORD: TRANSCRIPT: EVIDENCE.

*Appeal from Mahaska District Court.*—HON. J K. JOHNSON, Judge.

FRIDAY, MAY 27, 1892.

THE defendant was convicted of the crime of nuisance committed by keeping for sale and selling intoxicating liquors in violation of law. From the judgment rendered on the verdict, he appeals.—*Affirmed.*

*Liston McMillan,* for appellant.

*Byron W. Preston,* County Attorney, for the state.

PER CURIAM. This cause is submitted on transcripts of the record which do not show the evidence submitted on the trial, nor the charge of the court. It does not appear that the defendant objected to anything done on the trial, and there is nothing to show what he relies upon for a reversal or modification of the judgment. We have read the transcript submitted with care, but have discovered no error in the proceedings or judgment of which defendant can complain. The judgment is therefore AFFIRMED.

---

THE STATE OF IOWA, Appellee, v. ED SLOAN, Appellant.

Appeal: SUBMISSION ON TRANSCRIPT WITHOUT EVIDENCE.

*Appeal from Mahaska District Court.*—HON. D. RYAN, Judge.

SATURDAY, MAY 28, 1892.

*Liston McMillan,* for appellant.

*John. Y. Stone,* Attorney General, *Thos. A. Cheshire,* and *B. W. Preston,* for the state.

KINNE, J.—The defendant was indicted, tried, and convicted of the offense of keeping a gambling house. The cause is submitted on a transcript containing a copy of the indictment, notice of appeal bond, and record entry. An examination of all the records before us discloses no error, and the judgment is therefore AFFIRMED.